

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**U.S. DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FILED**

AUG - 8 2005

CLERK, U.S. DISTRICT COURT
By _____
     Dep.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | NO. 3-93-CR-0285-R(04) ✓ |
| | § | NO. 3-05-CV-1365-R |
| MARCO ANTONIO ZAPATA III | § | |
| | § | |
| Defendant. | § | |

## ORDER

After conducting a review of the pleadings, files and records in this case, and the Findings and Recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the Findings and Recommendation of the Magistrate Judge are correct and they are hereby accepted as the Findings of the Court.

SO ORDERED this __5__ day of __August__, 2005.

_____
UNITED STATES DISTRICT JUDGE